IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON BRIGNAC,

      Plaintiff,                        No. CIV S-07-0159 FCD GGH P

      vs.

T. KIMZEY, et al.,

      Defendants.                <u>FINDINGS & RECOMMENDATIONS</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff originally filed this action in the Sacramento County Superior Court. On January 24, 2007, plaintiff filed a notice of removal to federal court.

      Only defendants may remove actions from state to federal court. 28 U.S.C. § 1441(a). Because plaintiff was not authorized to remove this action, the court recommends that this action be remanded back to the Sacramento County Superior Court.

      IT IS HEREBY RECOMMENDED that this action be remanded to the Sacramento County Superior Court.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

1  objections with the court. The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
3  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
4  F.2d 1153 (9th Cir. 1991).

5  DATED: 2/21/07                                    /s/ Gregory G. Hollows

6                                                   _____
                                                    GREGORY G. HOLLOWS
7                                                   UNITED STATES MAGISTRATE JUDGE

8  brig159.56